Commonwealth *v.* Maher, Appellant.

Submitted March 13, 1972.

*Smith B. Gephart,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Mazziotti, Appellant.

Argued March 13, 1972. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.